# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOEL DEFFEBAUGH, ET AL.

VERSUS

VALERO REFINING-MERAUX LLC;
VALERO SERVICES INC; VALERO
PARTNERS LOUISIANA, LLC;
VALERO PARTNERS MERUAX LLC;
TURNER SPECIALTY SERVICES,
L.L.C; TURNER INDUSTRIES
ENERGY SERVICES, LLC; TURNER
INDUSTRIES GROUP, L.L.C.,
AND JOHN DOE INSURER

NO.  2024 CW 1145

FEBRUARY 26, 2025

---

In Re:    Elite  Turnaround  Specialists,  Ltd,  applying  for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 718626.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DISMISSED.** Relator has filed a motion to withdraw this
writ  application,  requesting  that  this  writ  application  be
withdrawn and dismissed.  Accordingly, this writ is dismissed.

**EW**

**SMM**

**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT